**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RICHARD JOHNSTON, | ) | 3:16-cv-00754-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 20, 2019 |
| | ) | |
| KAREN GEDNEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Enlargement of Time of Sixty (60) Days to Answer Defendants' Motion for Summary Judgment (ECF No. 55). Plaintiff requests a "sixty (60) day enlargement of time to adequately answer the defendants' motion for summary judgment, due to the fact, that the defendants have not served a copy of said motion to the plaintiff, and must do so without further delay." (*Id.*)

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Enlargement of Time of Sixty (60) Days to Answer Defendants' Motion for Summary Judgment (ECF No. 55) is **GRANTED**. Plaintiff shall have to and including **Monday, July 29, 2019**, in which to respond to Defendants' Motion for Summary Judgment (ECF No. 50). **There shall be no further extensions granted barring unforeseen and extenuating circumstances.**

**IT IS FURTHER ORDERED** that the Clerk shall send Plaintiff a copy of Defendants' Motion for Summary Judgment (ECF No. 50), Defendants' Motion to File Exhibits 1-4 to Defendants' Motion for Summary Judgment Under Seal (ECF No. 51), Defendants' Notice of Under Seal Submission (ECF No. 53) and Minute Order (ECF No. 54).

DEBRA K. KEMPI, CLERK

By: <u>    /s/    </u>
Deputy Clerk